JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ERNESTO ARAGON LIZARRAGA,<br><br>    Plaintiff.<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>    Defendants. | Case No.: **2:25-cv-05878-SVW-AS**<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE** |

On December 5, 2025, the Parties filed a Stipulation to Dismiss Action without Prejudice.

The Court, having considered the Parties' Stipulation, and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff's Complaint in the Nature of Mandamus (ECF #1) is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 5, 2025

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1